JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: SAMMEISO LEONARD LEWIS Cases. | Case Nos. 2:25-cv-04363-TJH-MAA; 2:25-cv-05665-TJH-MAA; 2:25-cv-05727-TJH-MAA; 2:25-cv-05774-TJH-MAA; 2:25-cv-05778-TJH-MAA; 2:25-cv-05780-TJH-MAA; 2:25-cv-05785-TJH-MAA; 2:25-cv-05982-TJH-MAA; 2:25-cv-05987-TJH-MAA; 2:25-cv-05989-TJH-MAA; 2:25-cv-05994-TJH-MAA; 2:25-cv-05996-TJH-MAA <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS ADJUDGED that the above-captioned cases are dismissed with prejudice.

DATED: September 10, 2025

_____
HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE